IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) Case No. 3:11-cr-00057-HRH-JDR |
|---|---|
| Plaintiff, | ) **ORDER GRANTING UNITED** |
| | ) **STATES'S MOTION TO AMEND** |
| vs. | ) **ORDER SETTING CONDITIONS** |
| | ) **OF RELEASE** |
| AUSTIN GREGORY LOTT, | ) |
| Defendant. | ) |

The United States's Motion to Amend Order Setting Conditions of Release is hereby GRANTED.

IT IS ORDERED that paragraph 7, subsection u, line 3, of the July 6, 2011, Order Setting Conditions of Release at Docket No. 11, is hereby amended by adding the following to the end of the line and before the period: "or without prior approval of the pretrial services officer".

IT IS SO ORDERED.

DATED this 8th day of July, 2011, at Anchorage, Alaska.

                                              /s/ John D. Roberts
                                              JOHN D. ROBERTS
                                              United States Magistrate Judge